UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA

    -against-

                                      ORDER

GARFIELD RAY GRANT,              08 Cr. 1320 (GBD)

            Defendant.
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    On August 10, 2011, Defendant was sentenced to 135 months' imprisonment (135 months on Count 1 and a mandatory minimum of 120 months on Count 3, to run concurrently), followed by a term of five years' supervised release. On July 20, 2015, this Court received Defendant's motion requesting a sentence reduction pursuant to the sentencing guidelines amendment which went into effect on November 1, 2014, reducing the guidelines sentencing range for drug offenses. Applying the amended guidelines, Defendant is subject to a mandatory minimum sentence of 120 months' imprisonment. The Government responded to Defendant's submission on September 18, 2015, agreeing that Defendant is eligible for a sentence reduction. The Government does not object to a reduction in sentence to a total period of imprisonment of 120 months. The Probation Department's submission, received by this Court on May 7, 2015, concurs that Defendant is eligible for the reduction.

    Upon consideration of Defendant's motion under 18 U.S.C. § 3582(c)(2) for a reduction of sentence pursuant to Amendment 782 to the Sentencing Guidelines, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), it is ORDERED that Defendant's sentence is reduced to a term of 120 months. All other

1

terms of the judgment in this case shall remain unchanged. In accordance with the sentencing guidelines, Defendant shall not be released from custody before November 1, 2015.

The Clerk of the Court is instructed to close the motion at ECF No. 29.

Dated: New York, New York
October 6, 2015

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge